# ELECTRONIC RECORD

COA # 07-14-00428-CR          OFFENSE: 21.11

STYLE: Robert Emmanuel Digman v. The State of Texas          COUNTY: Randall

COA DISPOSITION:     Affirmed          TRIAL COURT: 251st District Court

DATE: 12/23/2014          Publish: YES   TC CASE #:     24,202-C

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Robert Emmanuel Digman v. The State of Texas          CCA #: 226-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 04/22/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**